UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-1634 AB (MRW) | Date | December 21, 2015 |
|---|---|---|---|
| Title | Conyers v. Walston | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| | Veronica McKamie | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
| | None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE MAILING ADDRESS

Plaintiff is a *pro se* litigant in this federal action. The defense recently filed a motion to dismiss the action on several legal grounds. (Docket # 15.) To date, Plaintiff has not filed a response to the motion. Moreover, when the Court recently issued several orders in the action – and mailed copies of the documents to Plaintiff's current address of record – the post office returned the items as undeliverable. (Docket # 18, 19.)

That presents a major problem. The Court previously informed Plaintiff of his responsibility to notify the Court and defense counsel of any change of address and the effective date of the change. (Docket # 8.) If Plaintiff fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> **If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.**

Based on the recent return of mail, the Court has reason to suspect that Plaintiff failed to properly update his address with the Court. Therefore, by January 8, 2016, Plaintiff will file a sworn notice with the Court indicating her current, accurate mailing address. Failure to do so may lead the Court to conclude pursuant to Federal Rule of Civil Procedure 41 that Plaintiff has no interest in prosecuting this action further or is willing to abide by court orders, and that dismissal is appropriate under the Local Rule.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-1634 AB (MRW) | Date | December 21, 2015 |
|---|---|---|---|
| Title | Conyers v. Walston | | |

* * *

    The dismissal motion remains unopposed, too. In the interests of justice, the Court VACATES the pending hearing date on the motion. By January 8, 2016, Plaintiff will be required to file his substantive response to the motion. If he fails to do so, the Court will consider granting the unopposed motion. See Local Rule 7-12.